CHARLES R. MYERS, appellant,

*v.*

SAMUEL M. FRIEDENBERG et al., respondents.

[Argued July 2d and 3d, 1906.   Decided February 2d, 1907.]

On appeal from a decree of the court of chancery, advised by Chancellor Magie, whose opinion is reported in *70 N. J. Eq.* (*4 Robb.*) *3.*

*Mr. Clarence L. Cole,* for the appellant.

*Mr. Joseph H. Gaskill,* for the respondents.

PER CURIAM.

The order appealed from in this case is affirmed, for the reasons stated in the opinion of the chancellor, delivered in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HENDRICKSON, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—13.

*For reversal*—None.